TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-03-00328-CR


NO. 03-03-00329-CR






Robert Dickinson, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT


NOS. 2022151 & 3021151, HONORABLE FRED A. MOORE, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's second motion for extension of time to file brief is granted. Appellant's
counsel, Mr. Alexander L. Calhoun, is ordered to tender a brief in these causes no later than October
13, 2003. No further extension of time will be granted.

It is ordered September 16, 2003. 


Before Chief Justice Law, Justices B. A. Smith and Patterson

Do Not Publish